Jaime Cuevas, Jr. SBN 277254
Law Offices of Jaime Cuevas, Jr.
200 East Beverly Blvd., Suite #200
Montebello, CA 90640
Phone: (323) 408-1285
Facsimile: (323) 319-2058
Email: jcuevasbklaw@gmail.com

Attorney for Debtor(s),
RUTH MEZA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RUTH MEZA | Case No: 2:24-bk-18805-VZ<br><br>Chapter 13<br><br>NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL<br><br>Date: 10/21/2025<br>Time: 11:00 am<br>Courtroom 1368<br>Location:<br>255 E. Temple Street<br>Los Angeles CA 90012 |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE, that at the above date, time and place, The Law Offices of Jaime A. Cuevas, Jr., present counsel for Debtor RUTH MEZA ("Debtor") move, pursuant to Local Bankruptcy Rule 2091-1(a)(1) and (c)(2) and California Rule of Professional Conduct

MOTION TO WITHDRAW AS COUNSEL - 1

1.16(b)(5), authorizing Debtor's counsel to withdraw as counsel for the Debtor; and, that the mentioned RUTH MEZA be substituted in the place of the Law Offices of Jaime A. Cuevas, Jr, as Debtor's counsel of record, in propia persona.

**Deadline For Opposition Papers**

Pursuant to LBR 9013-1(f), any response to this Motion shall be filed with the Clerk of the Court and served on all interested parties no later than 14 days prior to the above hearing. Failure to do so may be deemed as a waiver on any objection to the foregoing and deemed by this court to be consent to granting this motion.

**Relief as Counsel of Record**

LBR 2091-1. ATTORNEYS – WITHDRAWAL, SUBSTITUTION, AND CHANGE OF ADDRESS (a) Motion for Withdrawal or Substitution.

Except as provided in LBR 2091-1(b), a motion filed under LBR 9013-1(p) is required for:

(1) Withdrawal without Substitution. An attorney who has appeared on behalf of an entity or individual in any matter concerning the administration of the case, in one or more proceedings to withdraw as counsel;

(2) or (2) Substitution of Self-Represented Individual. An individual who is currently represented by an attorney in any matter concerning the administration of the case, in one or more proceedings, who now desires to represent himself/herself without an attorney. The attorney and individual may include, as an exhibit to the motion, the court-approved form for substitution of attorney

Pursuant to LBR 2091-1, Movant requests this Court Remove the Law Offices of Jaime A. Cuevas, Jr. as counsel of record.

//

//

//

MOTION TO WITHDRAW AS COUNSEL - 2

WHEREFORE, Movant respectfully requests this Court:

1. Relieve the Law Offices of Jaime A. Cuevas, Jr. as counsel of record for RUTH MEZA; and

2. That RUTH MEZA be substituted in the place and instead of the Law Offices of Jaime A. Cuevas, Jr., as Debtor's counsel of record, in propia persona.

DATED: September 18, 2025                                Law Offices of Jaime A. Cuevas, Jr

_____
Jaime A. Cuevas, Jr, Attorney

DECLARATION OF Jaime A. Cuevas, Jr:

I am over the age of eighteen years, and am a resident of the County of Los Angeles. I have personal knowledge of the facts set forth herein and if called upon as a witness could and would competently testify thereto, under oath.

1. I am the current attorney of record in case number 2:24-bk-18805-VZ filed on October 28, 2024, for debtor RUTH MEZA.
2. Trustee Nancy Curry was assigned as the Chapter 13 Trustee to the case.
3. Over the last few months, a breakdown and rupture in the attorney-client relationship between the firm and RUTH MEZA has developed, whereby counsel cannot properly exercise its professional judgment to the satisfaction of Ms. MEZA's expectation, thereby compelling counsel to file the instant Motion.
4. While substantial attorney fees are listed to be paid to me through the proposed plan, it is my intention not to seek those fees be paid and to allow Ms. Meza to find another attorney or proceed in pro per.

I declare under penalty of perjury under the laws of the States of California and the United States that the foregoing is true and correct.

Executed September 18, 2025, at Montebello, California.

_____
Jaime A. Cuevas, Jr.
Attorney

MOTION TO WITHDRAW AS COUNSEL - 4

| In re: | | |
|---|---|---|
| **Ruth Meza** | Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **2:24-bk-18805-VZ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**200 E. Beverly Blvd. Ste. 200 Montebello, CA 90640**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSLE**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/18/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. Trustee; ustpregion16.la.ecf@usdoj.gov**
**Chapter 13 Trustee; Nancy K Curry, inquiries@trusteecurry.com**
**New Rez LLC dba Shellpoint Mortgage Servicing c/o Aldridge Pite LLP; Joseph C Delmotte, Eq.; ecfcacb@aldridgepite.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On   **9/18/2025**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Vincent P Zurzolo**
**255 E. Temple Street Suite 1360**
**Los Angeles CA 90012**

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/18/2025 | **Grace Segura** | **/s/ Grace Segura** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*  **9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          United States Trustee (LA)              Los Angeles Division
0973-2                                   915 Wilshire Blvd, Suite 1850           255 East Temple Street,
Case 2:24-bk-18805-VZ                    Los Angeles, CA 90017-3560              Los Angeles, CA 90012-3332
Central District of California
Los Angeles
Thu Sep 18 10:57:01 PDT 2025

(p)QUALITY LOAN SERVICE                  Wilmington Savings Fund Society, FSB    Jaime A Cuevas Jr.
2763 CAMINO DEL RIO SOUTH                c/o PHH Mortgage Services               Law Offices of Jaime A. Cuevas, Jr.
SUITE 200                                PO Box 24606                            200 E. Beverly Blvd
SAN DIEGO CA 92108-3708                  West Palm Beach, FL 33416-4606          Ste 200
                                                                                 Montebello, CA 90640-7001


Nancy K Curry (TR)                       Ruth Meza
1000 Wilshire Blvd., Suite 870           7244 Bequette Ave
Los Angeles, CA 90017-2466               Pico Rivera, CA 90660-4015
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Quality Loan Service Corp
2763 Camino Del Rio South
San Diego, CA 92108
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)NewRez LLC d/b/a Shellpoint Mortgage Servi     (u)Wilmington Savings Fund Society, FSB, not     End of Label Matrix
                                                                                                  Mailable recipients    7
                                                                                                  Bypassed recipients    2
                                                                                                  Total                  9
```